UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-60775-MD

HOWARD COHAN,

    Plaintiff,

vs.

GREENAT LLC
a Florida Limited Liability Company
d/b/a KOBS GREEN MARKET

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED June 4, 2024.

    By: **/s/ Gregory S. Sconzo**
    Gregory S. Sconzo, Esq.
    Florida Bar No.: 0105553
    Sconzo Law Office, P.A.
    3825 PGA Boulevard, Suite 207
    Palm Beach Gardens, FL 33410
    Telephone: (561) 729-0940
    Facsimile: (561) 491-9459
    Email: greg@sconzolawoffice.com
    Email: perri@sconzolawoffice.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via us mail:

GREENAT LLC
c/o GONZALEZ, ANDRES L
331 N UNIVERSITY DRIVE
UNIT 111
PLANTATION, FL 33324

                                          /s/ Gregory S. Sconzo
                                          **Gregory S. Sconzo, Esq.**