UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                              CASE NO.:   0:24-cv-60775-MD

GREENAT LLC
a Florida Limited Liability Company
d/b/a KOBS GREEN MARKET

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, GREENAT LLC, a Florida Limited Liability Company, d/b/a KOBS GREEN MARKET.

Respectfully submitted: July 3, 2024

                                        By: **/s/ Gregory S. Sconzo**
                                        GREGORY S. SCONZO, ESQUIRE
                                        Florida Bar No.: 0105553
                                        SAMANTHA L. SIMPSON, ESQ.
                                        Florida Bar No.: 1010423
                                        **Primary Email:** greg@sconzolawoffice.com
                                        **Primary Email:** samantha@sconzolawoffice.com
                                        **Secondary Email:** perri@sconzolawoffice.com
                                        **Sconzo Law Office, P.A.**
                                        3825 PGA Boulevard, Suite 207
                                        Palm Beach Gardens, FL 33410
                                        Telephone: (561) 729-0940
                                        Facsimile: (561) 491-9459

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via us mail:

GREENAT LLC
c/o GONZALEZ, ANDRES L
331 N UNIVERSITY DRIVE
UNIT 111
PLANTATION, FL 33324

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE