UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60775-CIV-DAMIAN/Valle

**HOWARD COHAN**,

    Plaintiff,

v.

**GREENAT LLC d/b/a
KOBS GREEN MARKET**,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff, Howard Cohan's ("Plaintiff"), Notice of Voluntary Dismissal Without Prejudice [ECF No. 9 (the "Notice")], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed July 3, 2024. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** in accordance with Plaintiff's Notice. This case shall remain **CLOSED** (*see* ECF No. 8).

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 9th day of July, 2024.

                                              **MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**